**DWYER et al. v. ALPHA POCAHONTAS COAL CO. et al.,**
and four other cases.

(Circuit Court of Appeals, Fourth Circuit.    July 19, 1922.)

Nos. 2005–2009.

Appeal from the District Court of the United States for the Southern District of West Virginia, at Charleston.

Five separate suits—by the Alpha Pocahontas Coal Company and others against Lawrence Dwyer, Executive Board Member of the International Organization, United Mine Workers of America, and others; by the Willis Branch Coal Company and others against Frank Keeney, President of District 17, United Mine Workers of America, and others; by the Ætna Sewell Smokeless

Coal Company and others against Lawrence Dwyer, Executive Board Member of the International Organization, United Mine Workers of America, and others; by the Dry Branch Coal Company and others against Frank C. Keeney, President of District No. 17, United Mine Workers of America, and others; and by the Nelson Fuel Company and others against Lawrence Dwyer, Executive Board Member, United Mine Workers of America, and others. From a decree for the plaintiffs in each case, granting injunctive relief, the defendants in each case prosecute separate appeals. Injunction order modified, and cause remanded.

The court in each of the above cases filed an order, which is identical with the order made in the case of C. F. Keeney and others v. Borderland Coal Corporation and others, 282 Fed. 269, except that the orders are each dated July 19, 1922, and in place of the word "forthwith," which is the last word of such order, is inserted the clause "at the expiration of five days from this date."